QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSHUA MAYFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. Mag. 05-125 GGH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| JOSHUA MAYFIELD, | ) | Date: June 17, 2005 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Hon. Gregory H. Hollows |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Joshua Mayfield, though their counsel, that the preliminary hearing scheduled for June 17, 2005, may be continued to August 5, 2005, at 2:00 p.m.

The parties are exploring the possibility of a pre-indictment resolution of the charge embodied in the complaint but seek additional time to gather records and complete an evaluation of Mr. Mayfield, who lives in a Stockton board and care facility.  In order to have additional time to complete these tasks, Mr. Mayfield specifically consents to extend the time limit for the preliminary hearing, pursuant to Fed. R. Crim. P. 5.1(d), and the parties agree that their continued discussions constitute

good cause to extend the time for preliminary hearing, taking into consideration the public interest in the prompt disposition of criminal cases. The parties further agree that time between the date of this order and August 5, 2005, may be excluded from the period within which an indictment must be filed under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(A)(delay resulting from examination to determine physical capacity) and (h)(8)(A).

Respectfully submitted,

QUIN DENVIR
Federal Public Defender

Dated: June 15, 2005        /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for JOSHUA MAYFIELD


                            McGREGOR SCOTT
                            United States Attorney

Dated: June 15, 2005        /s/ E. Endrizzi
                            ELLEN V. ENDRIZZI
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

**O R D E R**

The preliminary hearing is continued to August 5, 2005, at 2:00 p.m. Time is hereby extended pursuant to Rule 5.1 and excluded under the Speedy Trial Act through August 5, 2005, for the reasons stated above and by agreement of the parties.

IT IS SO ORDERED.

Dated: 6/17/05              /s/ Gregory G. Hollows

                            HON. GREGORY G. HOLLOWS
                            United States Magistrate Judge

mayfield125.ord06

Stipulation and Order                **2**