```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSHUA MAYFIELD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>      v.                     )<br>                             )<br>JOSHUA MAYFIELD,             )<br>                             )<br>            Defendant.       )<br>                             )<br>_____) | Case No. Mag. 05-125 GGH<br><br>**STIPULATION AND ORDER**<br><br>Date:  August 5, 2005<br>Time:  2:00 p.m.<br>Judge: Hon. Dale A. Drozd |

  IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Joshua Mayfield, though their counsel, that the preliminary hearing scheduled for August 5, 2005, may be continued to August 30, 2005, at 2:00 p.m.

  The parties are exploring the possibility of a pre-indictment resolution of the charge embodied in the complaint but seek additional time to gather records and complete an evaluation of Mr. Mayfield, who lives in a Stockton board and care facility.  In order to have additional time to complete these tasks, Mr. Mayfield specifically consents to extend the time limit for the preliminary hearing, pursuant to Fed. R. Crim. P. 5.1(d), and the parties agree that their continued discussions constitute

good cause to extend the time for preliminary hearing, taking into consideration the public interest in the prompt disposition of criminal cases. The parties further agree that time between the date of this order and August 30, 2005, may be excluded from the period within which an indictment must be filed under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(A)(delay resulting from examination to determine physical capacity) and (h)(8)(A).

                                            Respectfully submitted,

                                            QUIN DENVIR
                                            Federal Public Defender

Dated: August 2, 2005          /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for JOSHUA MAYFIELD

                                            McGREGOR SCOTT
                                            United States Attorney

Dated: August 2, 2005          /s/ E. Endrizzi
                                            ELLEN V. ENDRIZZI
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## O R D E R

    The preliminary hearing is continued to August 30, 2005, at 2:00 p.m. Time is hereby extended pursuant to Rule 5.1 and excluded under the Speedy Trial Act through August 30, 2005, for the reasons stated above and by agreement of the parties.

    IT IS SO ORDERED.

DATED: August 2, 2005.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/mayfield0125.ord

Stipulation and Order                          **2**