QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSHUA MAYFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Mag. 05-125 GGH |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | |
| JOSHUA MAYFIELD, ) | Date: August 30, 2005 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: Hon. Dale A. Drozd |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Joshua Mayfield, though their counsel, that the preliminary hearing scheduled for August 30, 2005, may be continued to September 28, 2005, at 2:00 p.m.

   The United States has proposed a pre-indictment resolution of the charge embodied in the complaint, which if accepted would obviate the need for preliminary hearing or indictment.  The parties seek additional time to review and write their proposal.  In order to have additional time to complete these tasks, and recognizing that a pre-indictment resolution may serve his best interests, Mr. Mayfield specifically consents to extend the time limit for the preliminary hearing, pursuant to Fed. R. Crim. P.

1   5.1(d), and the parties agree that their continued discussions constitute
2   good cause to extend the time for preliminary hearing, taking into
3   consideration the public interest in the prompt disposition of criminal
4   cases.  The parties further agree that time between the date of this order
5   and September 28, 2005, may be excluded from the period within which an
6   indictment must be filed under the Speedy Trial Act, pursuant to 18 U.S.C.
7   § 3161(h)(1)(A)(delay resulting from examination to determine physical
8   capacity) and (h)(8)(A).

Respectfully submitted,

QUIN DENVIR
Federal Public Defender

Dated: August 26, 2005          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for JOSHUA MAYFIELD

                                McGREGOR SCOTT
                                United States Attorney

Dated: August 26, 2005          /s/ E. Endrizzi
                                ELLEN V. ENDRIZZI
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

The preliminary hearing is continued to September 28, 2005, at 2:00 p.m. Time is hereby extended pursuant to Rule 5.1 and excluded under the Speedy Trial Act through September 28, 2005, for the reasons stated above and by agreement of the parties.

IT IS SO ORDERED.

DATED: August 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders/criminal/mayfield0125.stip ord

Stip. & O. Re J. Mayfield                    2